**Exhibit A to the Complaint**

**Location:** Flower Mound, TX  **IP Address:** 76.85.64.58
**Total Works Infringed:** 68  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 93C73E9FE15C7899BE0A0588C4655B8D64B1EE5C<br>File Hash:<br>EDE7198FF5526EF7DE1128A65E0E2EEE427E9B9F813A9437DB715221A52A70F2 | 03/27/2024 17:04:28 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 2 | Info Hash: 488BE10D4F8BA39E322D0255FF8C05FB670B035F<br>File Hash:<br>74F3142D99D66C17C282369D9C3BA398A5576BB3077E1C2E5D406F9CFCB46A6E | 03/11/2024 04:21:31 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 3 | Info Hash: E317B43293C4E8E7C1A193AF14FA547D90C9DFB5<br>File Hash:<br>CBB9D8F3C190C66C541E5CE835B7E79460341D478153897811FA5F6E696EC9AA | 03/04/2024 19:39:05 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 4 | Info Hash: 0E9ACB2655AB68ED4B372DA7232450E90729087A<br>File Hash:<br>D6CEB2C02BAC89936828976B9108C02EB15C94326E2A15EE629C14607B56535F | 02/27/2024 13:18:03 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 5 | Info Hash: 21D7CB5A5C382B6E12D5DF2D9587C4869DF910F4<br>File Hash:<br>34137C4953C3C41B3D58F9C758905EAF38D2F64604E73E98171FE1F4FF422B2B | 02/20/2024 18:39:03 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 6 | Info Hash: 7FCFA61F65AEF9F1B286BA70BC5A3CD6CA0350C4<br>File Hash:<br>92AD7CB7831F72E2DDAFBE447BA22DE072E0A1B15F5CB8364F277183805AD4B2 | 01/28/2024 16:31:24 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 7 | Info Hash: 9F813D5658EA0C0AD675F26CE036D0218A2D89AF<br>File Hash:<br>9FB40216C62C6A97DEB402569C0CDB191938C3BCB64D8505F748789243513AEE | 01/25/2024 15:32:53 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 8 | Info Hash: A268E5881509BDEDB9725762E4C2957B9F924FF8<br>File Hash:<br>48F871B507BA77841431122185039BD160898D2E872A8BA474A9FD188FB8F4DB | 01/07/2024 14:40:26 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 9 | Info Hash: 36C032E0D20FB461E5BFA395367401D89C726783<br>File Hash:<br>C9DBB2878D4B77942D2DA9627E617148EA7EF771F469906E495D9286DEF4DFA9 | 12/30/2023 00:39:29 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 10 | Info Hash: 3EF3D896C2EF3078D16AA7CDACC6D51BCE99D22A<br>File Hash:<br>EAE9E7EE4C15EE93867122F45C9D3D80372A199520C836EBCF75FA233E9BBD8E | 12/28/2023 23:51:37 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 11 | Info Hash: 373CF3FC6F847C6EEA5B20AC21911FB1227DE0EA<br>File Hash:<br>D2DF0CF636A8E4E22663820638976EA1DC9DE946457097ACBB2D9BFCFDEE16D8 | 12/05/2023 21:07:44 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 743EDE7C0F2B5801AFC36E54099CED32AD3C81D7<br>File Hash: DA8F791AA7BA91591C613C33BFC79816EF2CC655306F786D7A87FC5AA7360F80 | 11/28/2023 13:20:07 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 13 | Info Hash: 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3<br>File Hash: 5E4408D526E3BA5A0E7A389D7DCA4FDDAB1AA92F33C9C0184A56EEFF488D703A | 11/21/2023 12:55:12 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 14 | Info Hash: D69C05485F7A1BF9C1263183FC7214D532B01045<br>File Hash: 8D71DC2A3421DEE1D2D5879BAB993995699C969BC9DF9C3863F68C3EFD937B31 | 08/28/2023 12:22:09 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 15 | Info Hash: 2FB0184D847F32A5D4FA9E1BC896FF63F5C106D0<br>File Hash: 4E34D7E05595B7D5FC3C5EAA08ADB038B9826EE410A4A9ED6F93D09B27DD99FE | 08/15/2023 13:31:25 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 16 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash: F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 08/05/2023 11:12:23 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 17 | Info Hash: 4BFF5B99D24FFAF2384CC7DD412158465B247D59<br>File Hash: D8CAB26DF481FB7E47D5B75A2A08381E24BCB045E0F8315067294B5EDC3CD571 | 07/21/2023 11:48:28 | Slayed | 02/21/2023 | 04/13/2023 | PA0002407770 |
| 18 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash: C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06/25/2023 15:14:09 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 19 | Info Hash: AA77AA689EAA63DFEF17D2EB00727E69003F3303<br>File Hash: 6D0D1AD3F93C47BC875468D04B63F82A11DA245301E1A7B58D0AD507AF3C28E8 | 06/24/2023 12:12:17 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 20 | Info Hash: 91A4EFE2C634E466B827833D0124F82C6DA6D732<br>File Hash: 52D5F331A869CBAC67910086299E363F7EDBABA2D8D8AD0B2347769867A54201 | 06/18/2023 11:36:21 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 21 | Info Hash: CB10EEA8D9A514F1C181F0EF1FB0DE3E5F6ABEA2<br>File Hash: 4892C5AF3550DA73045A56C47B3336BE86ACFD11367D0B0AC994382B21CF4DD2 | 06/07/2023 11:44:34 | Slayed | 12/06/2022 | 01/05/2023 | PA0002393656 |
| 22 | Info Hash: 95D6896F17F918BE475E91C8119AF61086FC432A<br>File Hash: EAED0212CC719E05161F9B17002F50E509D606AA30F6D9BCAE8E11908D32442F | 06/04/2023 12:03:24 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 23 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash: 4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 05/22/2023 12:13:09 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 020E4F3130F70D056AA541C7DCB45BB96987491D<br>File Hash: 365ADEA596D33689CF1320BD7DB91433BED05EB2F09978D85B7B9A90469C59EE | 05/06/2023 12:53:39 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 25 | Info Hash: 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D<br>File Hash: B728F190BDC937B49FBDAB40D7C1D0151BC35F58FC6B83F6464B94FAA0F79773 | 04/25/2023 12:32:48 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 26 | Info Hash: 584904F6F167B350CE52634B76CEC9833945894B<br>File Hash: 175E074DF05716B6B46DAAEF288373F5E284B5EAE046A28200517C3D2BF548C4 | 04/18/2023 13:28:33 | Vixen | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 27 | Info Hash: 70C4ED4B668E0D06AEE1F3219FEEA3082385298E<br>File Hash: A8D5A96F8034787A3B993BA47BBE94C6D0286AEC2A4F80A8617604843CF4F4E5 | 04/13/2023 13:21:50 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 28 | Info Hash: 35130E1F82E004A97FF9B45E20D95799E1C58E38<br>File Hash: BEB29B0CD44D1CC6A8D4AEF0E051C507D4356B42D5751DD8A6AD2C7C2293203C | 04/13/2023 13:20:25 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 29 | Info Hash: A91AA9AA9604C95055F4599771871F3885E65238<br>File Hash: 9B93E0B3D32DF21E4934E89B353B3935DC80BA73B2856E23F22FAC46B92F2931 | 04/01/2023 12:46:48 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 30 | Info Hash: A4F056ED2225707A0EFD6F542CA5D2F1BD566AA2<br>File Hash: 641D7EA9F28B19C50DD8965C69700F6AB8239C9932F22DA89866B26BEA20FC7E | 03/20/2023 12:25:34 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 31 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03/20/2023 12:24:01 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 32 | Info Hash: D16F704A9C911E6C1CEE12263F6D05F9A9D17DBF<br>File Hash: 5A3F216EE78E88180D64C7D17754CF49593C9D9AAD32C6E3FA97A4402206C171 | 03/12/2023 11:44:39 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 33 | Info Hash: 3F61B082F992075D67F71479085ACA442CBAF7B8<br>File Hash: A8FB3C262B9B418D0185A17BD2F9697D8F550C8B08FEB13C9479359D0578D5D1 | 03/12/2023 10:53:34 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 34 | Info Hash: 254E8D2A368139DF00A47C42A68B95F973C1A577<br>File Hash: DE89B88E51313AC1E0709585B494B528FBD1EEEB66844ACFD048E0D6BB2314F1 | 03/06/2023 13:46:34 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 35 | Info Hash: 370B7A3B52BE72E95769F42CD62C3955D7B71338<br>File Hash: AF16E691498E4936095B06A1D504581D2AF833AA98A29543F538A85654FE87A3 | 02/18/2023 13:09:34 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 15E3EF0FBC4CE889F0137D929F07029715A7E3A2<br>File Hash: ABCEEE802FF82568B869C59DB0BBA669FE76C3ED8A5D4B8F53E43D025D099B6C | 02/05/2023 10:29:04 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 37 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01/11/2023 16:16:48 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 38 | Info Hash: 84C18B18D9F1F5E887F25856B43B3C1F9AD886D2<br>File Hash: C22CE5325AD1F558ADD98BFE78999AEB46429FC0B8E9E31D5A2D8694149510D0 | 01/08/2023 13:10:43 | Blacked | 01/01/2022 | 01/17/2022 | PA0002330118 |
| 39 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 01/08/2023 13:01:31 | Vixen | 10/29/2021 | 11/11/2021 | PA0002321280 |
| 40 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash: 18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01/08/2023 12:43:23 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 41 | Info Hash: 196CF86E564D2C8E39A7CF1BDF98EE176D92D11D<br>File Hash: 42248D177F978E4A0D2CD9009DFA933B20A09082DE2A958B2A46250182E56CFD | 01/08/2023 12:41:31 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 42 | Info Hash: 9BFF2431CB1534DD602B6E18843CFE128BA77BFE<br>File Hash: 2F373BD577AD940EA97E210845FF2F3FAF31E7DD3EF9A064C502F0C78255C309 | 01/05/2023 11:53:04 | Slayed | 07/12/2022 | 08/10/2022 | PA0002370897 |
| 43 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12/15/2022 14:06:33 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 44 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 12/15/2022 13:57:53 | Vixen | 04/22/2022 | 05/20/2022 | PA0002350377 |
| 45 | Info Hash: 7C8758690E3BB2F2D03A741B58A27C525B8699BA<br>File Hash: 151534E5F55D5BF44399297CB4C8134F890740DD54D3AACD279DF4EE37FE54C0 | 12/15/2022 13:45:40 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 46 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash: 518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 12/02/2022 19:25:26 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 47 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash: EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 11/30/2022 13:52:51 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 11/01/2022 15:21:27 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 49 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash: 8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 10/17/2022 02:39:56 | Vixen | 10/14/2022 | 10/31/2022 | PA0002377830 |
| 50 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 10/17/2022 02:38:52 | Vixen | 09/17/2021 | 10/05/2021 | PA0002315292 |
| 51 | Info Hash: 37372D9ADDE3AE279DDA4361E37FCD8B41F65DEF<br>File Hash: DE776CFADF4D6A9E4B25741BBEEA2C9494A55EC6F6FE0852FE077913D04EFFDE | 09/17/2022 12:32:13 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 52 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 09/16/2022 12:41:16 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 53 | Info Hash: A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash: 966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 09/16/2022 12:38:03 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 54 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 09/16/2022 12:32:28 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |
| 55 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 08/28/2022 13:34:51 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 56 | Info Hash: D359D35875C5F32B41F0249F3A7799C24A9924E8<br>File Hash: 22F62BF081C26626057E0DAC33C9E8282D46787B2DE6D812884FD8BA8466B016 | 08/27/2022 13:25:16 | Vixen | 08/26/2022 | 10/05/2022 | PA0002373767 |
| 57 | Info Hash: C174354B8FC2DF15F9D87535B08D3AF8DCACF608<br>File Hash: A2741516AAC01F46244E3E16DB0E56C9D51736047131EC0C1E92CF317E1EE2D5 | 08/23/2022 13:27:50 | Vixen | 05/13/2022 | 05/20/2022 | PA0002350373 |
| 58 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash: 9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 08/23/2022 13:26:36 | Vixen | 03/04/2022 | 03/29/2022 | PA0002342709 |
| 59 | Info Hash: EFBD17FEA6D2747FB81404F774D0B3BFD52FB7A9<br>File Hash: F0595C1427CBB8CFA6CE07E20D70DFDF9FA359C062B1C23D1217F47ECA9B7A93 | 08/20/2022 13:15:55 | Vixen | 08/19/2022 | 08/30/2022 | PA0002367752 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash: 3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 08/16/2022 11:46:41 | Blacked Raw | 08/15/2022 | 08/29/2022 | PA0002367735 |
| 61 | Info Hash: BE57461CB8758373E76FA39737B733F0BA62120D<br>File Hash: 2CE319A8BD55009F717AAA7E732951216E19F9B764510F5E7F82B0BB2847CA3C | 08/14/2022 12:11:52 | Vixen | 08/12/2022 | 08/30/2022 | PA0002367721 |
| 62 | Info Hash: 18F37A18FE1AC5E6CEFE5CA0F702EDAF5E3130C4<br>File Hash: 3B4B2AF11D93CA07CD38FD8D08E0C77EBA6208A33E4B5A5D8973EA94748DF061 | 08/11/2022 00:39:45 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 63 | Info Hash: 1A834E3DD1093049BAF026D39D07F035E90563D4<br>File Hash: AA16A2FC62F5BC72B7D9DB8BC7CB78D2016D709E1656DDACDB51F2988ABD70B6 | 08/10/2022 14:19:25 | Vixen | 07/29/2022 | 08/29/2022 | PA0002367717 |
| 64 | Info Hash: 0FCAA61F92AF9997AEBB0A97190AA3D92FA93A9B<br>File Hash: 1E0291D01B8378E2F3CD123FEC159275C6C5F65797B8E38A855CDB69E632784A | 08/06/2022 12:42:16 | Vixen | 08/05/2022 | 08/29/2022 | PA0002367737 |
| 65 | Info Hash: FB490A8E65900E70128043397B7FA8DE0EFE5B20<br>File Hash: D54742401D9AF0AD76EEA0B1E5A2A19125077DAB84D980AF613E629302879A73 | 05/21/2022 13:25:18 | Vixen | 05/21/2021 | 06/03/2021 | PA0002299688 |
| 66 | Info Hash: 486C0CB4CFC2FEC6B58CC1F673FA1886F224BADE<br>File Hash: B71CB4BC46EB59A07369C0D264714987B2C22CE49EA67FAB5FFEF73F10D993BD | 05/15/2022 09:39:42 | Vixen | 12/17/2021 | 01/17/2022 | PA0002330110 |
| 67 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 05/03/2022 02:42:45 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 68 | Info Hash: CEDF340982F8D3D69EB2999F1768104172EC64B3<br>File Hash: 163B9582A7E400321C3C16A3A857CE7B13F39BF6EE7DB9B5FDECBF5D26CC6A57 | 05/01/2022 12:10:08 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |